# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
### WESTERN DIVISION

**U.S.A. vs. Robert Donnell Jones**             **Docket No. 5:12-CR-404-1BO**

### Petition for Action on Supervised Release

COMES NOW Erica W. Foy, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Robert Donnell Jones, who, upon an earlier plea of guilty to Distribute Cocaine Base (Crack), 21 U.S.C. § 841(a)(1), was sentenced by the Honorable N. Carlton Tilley, U.S. District Judge for the Middle District of North Carolina, on December 2, 1998, to the custody of the Bureau of Prisons for a term of 196 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 96 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate in a substance abuse treatment program, which may include drug testing or inpatient/residential treatment, as directed by the probation officer. During the course of treatment, the defendant shall abstain from the use of alcoholic beverages.

2. The defendant shall provide any requested financial information to the probation officer

Robert Donnell Jones was released from custody on October 11, 2012, at which time the term of supervised release commenced. On November 14, 2012, the court in the Middle District of North Carolina was notified that the defendant tested positive for marijuana and was referred for substance abuse treatment. On December 10, 2012, jurisdiction was transferred to the Eastern District of North Carolina.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On January 16, 2013, the defendant admitted to relapsing again and using marijuana on January 6, 2013. He has advised his treatment counselor of the relapse and is receiving help for his addiction. As this is his second confirmed drug use since beginning supervision, we are recommending that his conditions be modified to include the DROPS condition and a 2-day jail sanction. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

Robert Donnell Jones
Docket No. 5:12-CR-404-1BO
Petition For Action
Page 2

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days.

2. The defendant shall be confined in the custody of the Bureau of Prisons for a period of Two Days, at the direction of the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/Jeffrey L. Keller | /s/Erica W. Foy |
| Jeffrey L. Keller | Erica W. Foy |
| Supervising U.S. Probation Officer | U.S. Probation Officer |
| | 310 New Bern Avenue, Room 610 |
| | Raleigh, NC 27601-1441 |
| | Phone: (919) 861-8660 |
| | Executed On: January 29, 2013 |

### ORDER OF COURT

Considered and ordered this ___ day of January, 2013, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge